NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GREGORY M. GRUTTER,**
*Petitioner*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent*

---

2024-2358

---

Petition for review of the Merit Systems Protection Board in No. PH-844E-20-0012-I-1.

---

**JUDGMENT**

---

LAWRENCE BERGER, Mahon & Berger, Esqs., Glen Cove, NY, argued for petitioner.

IOANA C. MEYER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by DANIEL FALKNOR, ALBERT S. IAROSSI, PATRICIA M. MCCARTHY, BRETT SHUMATE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, SCHALL, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 6, 2026
Date

Jarrett B. Perlow
Clerk of Court